EDITH G. OSTRANDER, Appellant, *v.* THE TRAVELERS INSURANCE COMPANY, Respondent.

(Argued June 7, 1934; decided July 3, 1934.)

*Walter Lyman Bryant* for appellant.

*Bernard J. McGlinn, William B. Crowell* and *William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.